UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BULMERO CASIANO CARRANZA,
PEDRO COYOTL, EDUARDO RAMIREZ,
GERALDO MORALES and ISRAEL RAMIREZ,
individually and on behalf of others
similarly situated,

                Plaintiffs,

    - against -

OUTBACK STEAKHOUSE-NYC, LTD.,
OUTBACK STEAKHOUSE OF FLORIDA, LLC,
SF 919 THIRD LLC (d/b/a OUTBACK
STEAK HOUSE), JOHN DOE and
KERRY CARRUDA,

                Defendants.
------------------------------------X

O R D E R

11 Civ. 7078 (NRB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/11/20.12

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:    New York, New York
             January 10, 2012

                                        NAOMI REICE BUCHWALD
                                  UNITED STATES DISTRICT JUDGE